IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL   DIVISION

United States of America,                    )
                                  Plaintiff,    )
                                                )
                    v.                          )          No.   2:12-cr-04058-FJG-1
                                                )
Jimmy Duane Collins,                         )
                                  Defendant.   )

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge

Matt J. Whitworth (Doc. #20 filed on July 18, 2013), to which no objection has been

filed, the plea of guilty to Count Three of the Indictment which was filed on November 7,

2012, is now accepted.   Defendant is adjudged guilty of such offense(s).   Sentencing

will be set by subsequent order of the court.


                                          _/s/ Fernando J. Gaitan, Jr._____
                                          Fernando J. Gaitan, Jr.
                                          Chief United States District Judge


Dated:  August 7, 2013_
Kansas City, Missouri